E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
DAVID C. LACHMAN (Cal. Bar No. 261711)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-5564/2429
     Facsimile:  (213) 894-2927/0141
     E-mail:     david.lachman@usdoj.gov
                 nisha.chandran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
2/6/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CGM DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
2/6/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-MJ-00663-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER UNSEALING COMPLAINT AND RELATED DOCUMENTS |
| v. | |
| CHENGUANG GONG, | **(UNDER SEAL)** |
| Defendant. | |

For good cause shown, IT IS ORDERED THAT:

The docket, including the complaint and related documents, in the above-titled case be unsealed.

February 6, 2024                    _____
DATE                                HONORABLE JOEL RICHLIN
                                    UNITED STATES MAGISTRATE JUDGE